UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

*United States District Court*
*Southern District of Texas*
*FILED*

SEP 1 2 2017

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | Criminal No.  M-17-0682-S1 |
| STEFANI CRUZ GUERRERO § | |
| DESIREE TORREZ § | |

## SEALED SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about April 22, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**STEFANI CRUZ GUERRERO**
**and**
**DESIREE TORREZ**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to import into the United States of America from the United Mexican States a controlled substance.  The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1), and 960(b)(1).

### Count Two

On or about April 22, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**STEFANI CRUZ GUERRERO**

did knowingly and intentionally import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 31 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(1) and Title 18, United States Code, Section 2.

### Count Three

On or about April 22, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**STEFANI CRUZ GUERRERO**
**and**
**DESIREE TORREZ**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Four

On or about April 22, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**STEFANI CRUZ GUERRERO**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 31 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY